UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11CR0733BTM |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER OF DISMISSAL OF INDICTMENT AND |
| JORGE CANTABRANA-CASTANEDA (3) | ) ) | RECALL OF ARREST WARRANT |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed as to Defendant JORGE CANTABRANA-CASTANEDA, without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: December 10, 2012

_____
HONORABLE BARRY TED MOSKOWITZ
Chief Judge, United States District Court